UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>(1) JAMES HOWARD SHAFFER,<br>(2) ZOWIE JON HANSSEN,<br>(3) COREY JEFFREY HANSSEN,<br>(4) GREGG ANTHONY BOULLOSA,<br><br>             Defendants. | INFORMATION CR 10-143 DSD<br><br>(21 U.S.C. § 841(a)(1))<br>(21 U.S.C. § 841(b)(1)(A))<br>(21 U.S.C. § 846)<br>(21 U.S.C. § 853) |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
(Conspiracy to Manufacture Marijuana)

From in or about August 2007 and continuing through on or about April 11, 2008, in the State and District of Minnesota, the defendants,

**JAMES HOWARD SHAFFER,
ZOWIE JON HANSSEN,
COREY JEFFREY HANSSEN, and
GREGG ANTHONY BOULLOSA,**

did unlawfully, knowingly and intentionally conspire with each other, to manufacture 100 or more marijuana plants, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 846.

**FORFEITURE ALLEGATION**

If convicted of Count 1 of this Indictment, the defendants,

**JAMES HOWARD SHAFFER,
ZOWIE JON HANSSEN,
COREY JEFFREY HANSSEN, and
GREGG ANTHONY BOULLOSA,**

shall forfeit to the United States any property constituting, or


MAY 21 2010
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

derived from, any proceeds they obtained, directly or indirectly, as the result of such violation; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, and any substitute for such property under Title 21, United States code, Section 853(p), all pursuant to Title 21, United States Code, Section 853.

                                                Respectfully submitted,

Dated: May 21, 2010          B. TODD JONES
                                      United States Attorney

                                      */s/ LeeAnn Bell*

                                      BY:   LEEANN K. BELL
                                      Assistant United States Attorney
                                      Attorney ID No. 0318334