# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>James Howard Shaffer,<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br><br>Case No:　　　　　10-143(3)(DSD)<br>Date:　　　　　　September 28, 2010<br>Court Reporter:　 Lorilee Fink<br>Time Commenced: 1:30 p.m.<br>Time Concluded:　1:53 p.m.<br>Time in Court:　　23 Minutes |

Before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

　　For Plaintiff:　　LeeAnn Bell, Assistant U.S. Attorney
　　For Defendant:　R Travis Snider　　☒ Retained

　　☒ **Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | BOP | SR |
|---|---|---|---|
| 1 | x | 40 months | 3 years |

☒ Special conditions of :　　　See J&C for special conditions

☒ Defendant sentenced to pay:
　☒ Fine in the amount of $10,000.00.
　☒ Special assessment in the amount of $100.00 to be paid .

☒ Plea and plea agreement accepted.

☒ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/C.B.
　　　　　　　　　　　　　　　　　　　　　　　　　Calendar Clerk to Judge David S. Doty